AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Romero, Michael E. | Colorado - Bankruptcy Court | 10/03/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - U.S. Bankruptcy Court - active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

543 U.S. Custom House
721 19th Street
Denver, CO 80202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | member - executive board | Our Courts, Colorado |
| 2. | member - board of governors | National Conference of Bankruptcy Judges |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Pendleton, Friedberg, Wilson & Hennessey, P.C. - departed shareholder/director interest in P.C. - no control. Agreement entered into 2003. No payment in 2013 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 10/21/13 | Bank of the West - partial beneficiary distribution resulting from death of mother |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 2013 | Colorado | Bar Conference | tuition waiver |
| 2. | National Conference of Bankruptcy Judges | April 2013 | Arizona | Professional Association mid-year meeting | transportation, lodging and food |
| 3. | National Conference of Bankruptcy Judges | October/November 2013 | Georgia | Professional Association annual meeting | transportation, lodging and food |
| 4. | National Organization of Life and Health Guaranty Associations | July, 2013 | Illinois | Lecture at Professional Association annual meeting | transportation, lodging and food |
| 5. | National Conference of Bankruptcy Judges | September, 2013 | Washington, DC | Professional meeting with Congress | lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero, Michael E. | 10/03/2014 |

| | | | | |
|---|---|---|---|---|
| 6. Turnaround Management Association | July, 2013 | California | Lecture at Professional Association meeting | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Romero, Michael E.** | 10/03/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Cards | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Barclays Bank Delaware | Credit Card | J |
| 4. | Wells Fargo National Bank | Line of Credit | J |
| 5. | Capital One | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero, Michael E. | 10/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Custodian Traditional IRA - See note in part VIII | B | Interest | K | T | | | | | |
| 2. Disney Common (1 share)(y) - See note in part VIII | | | | | | | | | |
| 3. Wells Fargo National Bank, Accounts | A | Interest | J | T | | | | | |
| 4. Northwestern Life Insurance Co. Whole Life #1 | C | Interest | L | T | | | | | |
| 5. Northwestern Life Insurance Co. Whole Life #2 | A | Interest | K | T | | | | | |
| 6. Trust #1: Spouse is Successor TrusteeSee note in part VIII (H)(x) | E | Interest | N | T | | | | | |
| 7. -Undeveloped real property in Gunnison Co, Colorado (x) | | | L | S | | | | | |
| 8. -former residence of deceased mother (x) | | | N | S | | | | | |
| 9. -AT&T stock (x) | | | K | W | | | | | |
| 10. -TIAA-CREF Growth and Income Fund (x) | | | | | Redeemed | 11/21/13 | L | E | |
| 11. -BankWest Investment Services/Nationwide Platinum V #1 (x) | | | | | Redeemed | 10/18/13 | M | E | |
| 12. -BankWest Investment Services/Nationwide Platinum V #2 (x) | | | | | Redeemed | 10/18/13 | L | E | |
| 13. -BankWest Investment Services/Nationw. Best of Am. All-American (x) | | | | | Redeemed | 10/18/13 | K | E | |
| 14. -Wells Fargo accounts*(see comment in section VIII)(x) | | | N | T | | | | | |
| 15. Deceased mother's estate - Spouse is Representative (H)(x) | | | | | | | | | |
| 16. -Jeep Liberty (2003) (x) | | | J | U | | | | | |
| 17. -jewelry (x) | | | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero, Michael E. | 10/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Steinway piano (x) | | | K | W | | | | | |
| 19.  -Lexix sedan (1996) (x) | | | | | Donated | | | | |
| 20.  -Undeveloped land in Latimer Co, OK (x) | | | J | W | | | | | |
| 21.  -oil royalty from Mustang Fuel from line 20 (x) | A | Royalty | | | | | | | |
| 22.  -deposit accounts in Gunnison Savings and Loan (x) | | | | | Closed | 10/09/13 | J | A | |
| 23.  -accounts in Bank of the West (w) | | | | | Closed | 10/17/13 | K | A | |
| 24.  -Wells Fargo accounts (x) | | | J | T | | | | | |
| 25. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Romero, Michael E.** | 10/03/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.1 ▊▊▊▊▊▊ account. Total investment in American Balanced Fund Inc. Class A. no transactions

VII.2 Disney stock (1 share) exempt from reporting (no transactions - total value approx. $76 on December 31, 2013/No dividend in 2013)

VII.6 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ No distributions to beneficiaries in 2013

VII.7 Actual value from Gunison County tax records for tax year 2013 was $61,600

VII.8 Actual value from Gunison County tax records for tax year 2013 was $470,120

VII.14 redemptions noted in lines 10, 11, 12, 13 comprise total in these accounts.

VII.15 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ One partial distribution to beneficiaries from closure of bank account in 2013 (VII.23) and noted in Part III.B. One charitable donation noted in line 19

VII 23 funds from account closure noted in line 22 were deposited in this account.

| Name of Person Reporting | Date of Report |
|---|---|
| Romero, Michael E. | 10/03/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Michael E. Romero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544